MARK ALBERT RIGAU (CA Bar No. 223610)
Senior Trial Counsel
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487
Email: mark.rigau@usdoj.gov

*Attorneys for Defendants*

[additional counsel listed in signature block]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 4:23-cv-03571-YGR<br>*(Lead case))* |
| EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, SIERRA CLUB, and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 3:23-cv-04448-YGR<br>(*Consolidated case*)<br><br>**JOINT STATEMENT REGARDING STATUS OF SETTLEMENT** |

Plaintiff Center for Community Action and Environmental Justice (Case No. 4:23-cv-03571-YGR), Plaintiffs East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, Sierra Club, and Communities for a Better Environment (Case No. 3:23-cv-04448-YGR), and Defendants United States Environmental Protection Agency, Michael Regan, Administrator of the United States Environmental Protection Agency, and Martha Guzman, Regional Administrator for Region 9 of the United States Environmental Protection Agency ("EPA") file this Joint Statement pursuant to the Clerk's Notice re-setting a Joint Statement filing deadline for March 8, 2024, and, alternatively, a Compliance Deadline for the proposed consent decree of March 15, 2024.  (Dkt. No. 22).

1. The Parties have reached an agreement on a proposed settlement that would resolve all issues remaining in this matter other than the Plaintiffs' claims for costs of litigation, including attorneys' fees.

2. EPA and the U.S. Department of Justice officials have approved the settlement and EPA has published notice of the proposed consent decree in the Federal Register, as required by section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g).  *See* Federal Register for Monday January 22, 2024 (89 FR 3920) (FRL-11665-01-OGC).  Federal Register Number 2024-01113.  https://www.regulations.gov/document/EPA-HQ-OGC-2024-0015-0001.

3. The 30-day public comment period required by section 113(g) officially closed on February 21, 2024.  EPA was required to wait to see if any comments were sent via U.S. Postal Service.  EPA is currently evaluating the comments received.  If the comments do not disclose facts or considerations which indicate that consent is inappropriate, the parties will file a joint motion to enter the proposed consent decree.  If comments indicate otherwise, the parties will submit a joint statement informing the court of the status.  Accordingly, the parties request a short extension until March 29, 2024, to file either a motion to enter the consent decree or a joint statement.

//
//
//

Respectfully submitted,

March 8, 2024

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ Mark A. Rigau
MARK ALBERT RIGAU (CA Bar No. 223610)
Senior Trial Counsel
Environmental Defense Section
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487
Email: mark.rigau@usdoj.gov

*Attorneys for Defendants*


/s/ Brent J. Newell
BRENT J. NEWELL (Cal. Bar No. 210312)
Law Office of Brent J. Newell
245 Kentucky Street, Suite A4
Petaluma, CA 94952
Tel. (661) 586-3724
Email: brentjnewell@outlook.com (signature authorized by written consent)


*Attorney for Plaintiff Center for Community Action and Environmental Justice*

/s/ Regina J. Hsu
REGINA J. HSU (State Bar No. 318820)
EARTHJUSTICE
50 California St., Suite 500
San Francisco, CA 94111
rhsu@earthjustice.org
Tel: (213) 766-1072
Fax: (415) 217-2040 (signature authorized by written consent)

ADRIANO L. MARTINEZ (State Bar No. 237152)
CANDICE L. YOUNGBLOOD (State Bar No. 328843)

EARTHJUSTICE
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
amartinez@earthjustice.org
cyoungblood@earthjustice.org
Tel: (415) 217-2000
Fax: (415) 217-2040

*Attorneys for Plaintiffs East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, and Sierra Club*

/s/ Tyler Earl
TYLER EARL (State Bar No. 320771)
COMMUNITIES FOR A BETTER ENVIRONMENT
6325 Pacific Blvd.
Huntington Park, CA 90255
tyler@cbecal.org
Tel: (510) 302-0430 ext. 116 (signature authorized by written consent)

*Attorney for Communities for a Better Environment*