MARK ALBERT RIGAU (CA Bar No. 223610)
Senior Trial Counsel
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487
Email: mark.rigau@usdoj.gov

*Attorneys for Defendants*

[additional counsel listed in signature block]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 4:23-cv-03571-YGR<br>(*Lead case*) |
| EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, SIERRA CLUB, and COMMUNITIES FOR A BETTER ENVIRONMENT,<br>Plaintiffs,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 4:23-cv-04448-YGR<br>(*Consolidated case*)<br><br>**FIRST STIPULATION TO MODIFY THE CONSENT DECREE DEADLINE AND PROPOSED ORDER** |

Pursuant to Civil L.R. 6-1(b), 6-2, 7-12, and paragraph 5 of the Consent Decree (Dkt. No. 26), Plaintiff Center for Community Action and Environmental Justice (Case No. 4:23-cv-03571-YGR), Plaintiffs East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, Sierra Club, and Communities for a Better Environment (Case No. 3:23-cv-04448-YGR), (together the "Plaintiffs") and Defendants United States Environmental Protection Agency, Michael Regan, Administrator of the United States Environmental Protection Agency, and Martha Guzman, Regional Administrator for Region 9 of the United States Environmental Protection Agency ("EPA") (collectively, "the Parties") stipulate to continue the deadline for the appropriate EPA official to sign a notice of final rulemaking to approve, disapprove, conditionally approve, or approve in part and disapprove in part, the SIP submittal from California entitled Rule 2305, *Warehouse Indirect Source Rule*, from no later than July 17, 2024 to no later than **September 10, 2024.**

On March 26, 2024, the Court signed the Consent Decree resolving Plaintiffs' claims under 42 U.S.C. § 7604(a)(2) that EPA failed to perform a non-discretionary duty under the Clean Air Act. (Dkt. No. 26). On March 26, 2024, the Court established June 28, 2024, as the deadline for Plaintiffs to file bills of costs and attorneys' fees. (Dkt. No. 26) (Order in ECF Notice of Electronic Filing Docket Text notation). On June 21, 2024, the Parties filed a stipulation to extend the deadline to file bills of cost and motions for attorney's fees, which was granted by the Court. (Dkt. No. 28). This First Stipulation to Modify the Consent Decree Deadline is the first request to modify the deadline for EPA to sign a notice of final rulemaking taking action on the submittal of Rule 2305.

Paragraph 5 of the Consent Decree provides that "[t]he deadline established by this Consent Decree may be extended (a) by written stipulation of Plaintiffs and EPA with notice to the Court, or (b) by the Court upon motion of any party for good cause shown pursuant to the Federal Rules of Civil Procedure, and upon consideration of any response by a non-moving party and any reply." Consent Decree ¶ 5 (Dkt. No. 26).

Paragraph 1 of the Consent Decree specifically establishes that "[t]he appropriate EPA official shall sign a notice of final rulemaking to approve, disapprove, conditionally approve, or approve in part and disapprove in part, the SIP submittal from California entitled Rule 2305, Warehouse Indirect Source Rule, no later than July 17, 2024."

EPA informed the Plaintiffs the reasons that it is seeking a modest extension of the deadline to take final action due to the number and complexity of the comments received during the Notice of Proposed Rulemaking; the need to coordinate certain EPA responses with the United States Department of Transportation concerning the Airline Deregulation Act and Federal Aviation Administration Authorization Act; and the required heightened coordination between regional and headquarter offices of EPA where an action, such as this, may establish precedence on future actions.  EPA has agreed to file a status report by August 16, 2024.

THEREFORE, the Parties stipulate to and request that the Court enter an order extending the deadline for EPA to take action under paragraph 1 of the Consent Decree from July 17, 2024 to no later than **September 10, 2024**.

Respectfully submitted,

July 10, 2024
TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ *Mark A. Rigau*
MARK ALBERT RIGAU (CA Bar No. 223610)
Senior Trial Counsel
Environmental Defense Section
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487
Email: mark.rigau@usdoj.gov

*Attorneys for Defendants*

/s/ *Brent J. Newell*
BRENT J. NEWELL (Cal. Bar No. 210312)
Law Office of Brent J. Newell
245 Kentucky Street, Suite A4

Petaluma, CA 94952
Tel. (661) 586-3724
Email: brentjnewell@outlook.com (signature authorized by written consent)

*Attorney for Plaintiff Center for Community Action and Environmental Justice*

/s/ *Regina J. Hsu*
REGINA J. HSU (State Bar No. 318820)
EARTHJUSTICE
50 California St., Suite 500
San Francisco, CA 94111
rhsu@earthjustice.org
Tel: (213) 766-1072
Fax: (415) 217-2040 (signature authorized by written consent)

ADRIANO L. MARTINEZ (State Bar No. 237152)
CANDICE L. YOUNGBLOOD (State Bar No. 328843)
EARTHJUSTICE
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
amartinez@earthjustice.org
cyoungblood@earthjustice.org
Tel: (415) 217-2000

*Attorneys for Plaintiffs East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, and Sierra Club*

/s/ *Tyler Earl*
TYLER EARL (State Bar No. 320771)
COMMUNITIES FOR A BETTER ENVIRONMENT
6325 Pacific Blvd.
Huntington Park, CA 90255
tyler@cbecal.org
Tel: (510) 302-0430 ext. 116 (signature authorized by written consent)

*Attorney for Communities for a Better Environment*

(Signed and filed on behalf of all Plaintiffs with written authorization).

PURSUANT TO STIPULATON, IT IS SO ORDERED this ___ day of _____, 2024.

_____
Hon. Yvonne Gonzales Rogers
United States District Judge