MARK ALBERT RIGAU (CA Bar No. 223610)
Senior Trial Counsel
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487
Email: mark.rigau@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 4:23-cv-03571-YGR<br>(*Lead case*) |
| EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, SIERRA CLUB, and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 4:23-cv-04448-YGR<br>(*Consolidated case*)<br><br>**EPA'S NOTICE OF COMPLETION OF AGENCY ACTION** |

Defendants United States Environmental Protection Agency, Michael Regan, Administrator of the United States Environmental Protection Agency, and Martha Guzman, Regional Administrator for Region 9 of the United States Environmental Protection Agency ("EPA") hereby notify the Court that EPA has completed its nondiscretionary duty pursuant to Clean Air Act ("CAA") section 110(k)(2)-(4), 42 U.S.C. § 7410(k)(2)-(4), to take final action to approve or disapprove, or conditionally approve, in whole or in part, a State Implementation Plan ("SIP") revision submitted to EPA by the California Air Resources Board on August 13, 2021 consisting of South Coast Air Quality Management District Rule 2305, Warehouse Indirect Source Rule, ("Rule 2305").

In support, EPA states as follows:

1. On March 26, 2024, the court entered a consent decree resolving Plaintiffs' nondiscretionary duty claims and requiring EPA to sign a notice of final rulemaking to approve, disapprove, conditionally approve, or approve in part and disapprove in part, the SIP submittal from California entitled Rule 2305, Warehouse Indirect Source Rule, no later than July 17, 2024.  ECF No. 26 ¶ 1.

2. On July 11, 2024, the court granted the parties' stipulation extending the deadline for EPA to take final action from July 17, 2024, to September 10, 2024.  ECF No. 30.

3. On September 4, 2024, EPA Region 9 Administrator, Martha Guzman, signed the notice of Final Rule, which was published in the Federal Register on September 11, 2024.  89 Fed. Reg. 73568 (Sept. 11, 2024).

4. The parties have reached a tentative accord on the claims for attorney's fees and costs and are finalizing the agreements and seeking requisite approvals.  A separate stipulation seeking to extend the time for filing motions for fees and costs will be filed shortly.

\* \* \*

Respectfully submitted,

September 26, 2024

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ Mark A. Rigau
MARK ALBERT RIGAU (CA Bar No. 223610)
Senior Trial Counsel
Environmental Defense Section
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487
Email: mark.rigau@usdoj.gov

*Attorneys for Defendants*